UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATERIUS CONERLY,

       PLAINTIFF,         CIVIL ACTION NO. 06-12029

vs

GREENLEY SQUARE MANOR,      DISTRICT JUDGE SEAN F. COX

       DEFENDANT.        MAGISTRATE JUDGE MONA K. MAJZOUB

_____/

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND DIRECTING SERVICE WITHOUT PREPAYMENT

      Plaintiff's second application to proceed without prepayment of fees under 28 U.S.C. 1915 has been reviewed. This Court being otherwise fully advised in the premises, **IT IS ORDERED** that the application is **GRANTED**. The clerk is therefore directed to file the complaint. **IT IS FURTHER ORDERED** that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons, and this order upon the defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

      The Court ORDERS plaintiff to serve a copy of all future documents on defendants or on defense counsel if legal counsel represents defendants. Plaintiff shall attach to all original documents filed with the Clerk of the Court a certificate stating the date that plaintiff mailed a copy of the original document to defendants or defense counsel. The Court will disregard any paper received by a District Judge or a Magistrate Judge if the paper has not been filed with the Clerk or it failed to include a certificate of service.

      **IT IS SO ORDERED**.

Dated: August 09, 2006         s/ Mona K. Majzoub
                                MONA K. MAJZOUB
                                UNITED STATES MAGISTRATE JUDGE

### Proof of Service

      I hereby certify that a copy of this Order was served upon Katerius Conerly and the Public Service Department on this date.

Dated: August 08, 2006         s/ Lisa C. Bartlett
                                Courtroom Deputy